BRYAN SCHRODER
United States Attorney

WILLIAM A. TAYLOR
JAMES KLUGMAN
CHRISTOPHER D. SCHROEDER
Assistant United States Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: william.taylor@usdoj.gov
Email: james.klugman@usdoj.gov
Email: christopher.schroeder@usdoj.gov

CHAD W. MCHENRY
Trial Attorney
Organized Crime & Gang Section
U.S. Department of Justice
Email: chad.w.mchenry@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JUSTIN EATON, a/k/a "SKULLS"<br><br>    Defendant. | No. 3:19-cr-00026-TMB-DMS |

**JOINT MOTION TO SCHEDULE ARRAIGNMENT BY VIDEO OR TELEPHONE**

Defendant Justin Eaton is currently incarcerated at Federal Correctional Institution

Sheridan in the District of Oregon. Attorney Peter Camiel of Seattle, Washington has agreed to accept an appointment to represent Eaton under the Criminal Justice Act. In order to expeditiously move Eaton's case forward, the United States and Mr. Camiel both request that an arraignment be scheduled for Eaton via video or telephone conference from FCI Sheridan at the court's earliest convenience.

RESPECTFULLY SUBMITTED November 6, 2020 at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

/s William A. Taylor
WILLIAM A. TAYLOR
Assistant United States Attorney
United States of America

/s James Klugman
JAMES KLUGMAN
Assistant United States Attorney
United States of America

/s Christopher D. Schroeder
CHRISTOPHER D. SCHROEDER
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2020
a true and correct copy of the foregoing
was served electronically on:

Peter Camiel

/s James Klugman
Office of the U.S. Attorney

U.S. v. Eaton
3:19-cr-00026-TMB-DMS