Hon. Deborah M. Smith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **3:19-CR-00026-TMB-DMS** |
| ) | |
| vs. ) | |
| ) | **NOTICE OF JOINDER** |
| GLEN BALDWIN, a/k/a "Glenn Dog" ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW Defendant Glen Baldwin, by and through his undersigned counsel, joins in his co-defendant Roy Naughton's Motion to Change Venue filed December 24, 2020. (Docket Sub No. 661).

Dated this 28th day of December, 2020.

*/s/Peter Mazzone*

Peter Mazzone WSBA #25262
Attorney for Defendant

NOTICE OF JOINDER - 1

Peter Mazzone,# 25262
MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
(425) 259-4989

## CERTIFICATE OF SERVICE

I, Aleshia Johnson, Paralegal at Mazzone Law Firm, PLLC, hereby certify that on this 28th day of December, 2020, I electronically filed the foregoing pleading using the CM/ECF system which provides service to all parties.

*/s/ Aleshia Johnson*
Aleshia Johnson, Paralegal
aleshiaj@mazzonelaw.com

NOTICE OF JOINDER - 2

Peter Mazzone, # 25262
MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
(425) 259-4989

Case 3:19-cr-00026-TMB-DMS   Document 665   Filed 12/28/20   Page 2 of 2